No. D–195. IN RE DISBARMENT OF CORY. Disbarment entered. [For earlier order herein, see 449 U. S. 979.]

No. D–201. IN RE DISBARMENT OF NOONAN. Disbarment entered. [For earlier order herein, see 449 U. S. 978.]

No. D–207. IN RE DISBARMENT OF WALSH. It having been reported to the Court by Robert O'Connor, of Omaha, Neb., that Bernard Walsh, Jr., has died, the rule to show cause, heretofore issued on November 10, 1980 [449 U. S. 979], is hereby discharged.

No. D–209. IN RE DISBARMENT OF PATT. Disbarment entered. [For earlier order herein, see 449 U. S. 990.]

No. 85, Orig. TEXAS v. OKLAHOMA. Report of the Special Master on motion of Texas Power & Light Co. for leave to intervene received and ordered filed. Exceptions, if any, with supporting briefs to the Report may be filed within fourteen days. Reply briefs, if any, to such Exceptions may be filed within seven days. [For earlier order herein, see, e. g., 449 U. S. 990.]

No. 79–1144. TEXAS INDUSTRIES, INC. v. RADCLIFF MATERIALS, INC., ET AL. C. A. 5th Cir. [Certiorari granted, 449 U. S. 949.] Motion of Corrugated Container Class in M. D. L. 310 (SD Tex.) for leave to file a brief as amicus curiae granted.

No. 79–1794. MICHIGAN v. SUMMERS. Sup. Ct. Mich. [Certiorari granted, 449 U. S. 898.] Motion of American Civil Liberties Union for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 80–242. LEHMAN, SECRETARY OF THE NAVY v. NAKSHIAN. C. A. D. C. Cir. [Certiorari granted sub nom. Hidalgo v. Nakshian, 449 U. S. 1009.] Motion of the Solicitor General to dispense with printing the joint appendix granted.